UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RODRON NEAL, a Washington resident,<br><br>     Plaintiff,<br><br>  v.<br><br>RENTON CONCRETE RECYCLERS, L.L.C., a Washington corporation, IRON MOUNTAIN QUARRY, L.L.C., a Washington corporation, IRON MOUNTAIN ASPHALT LLC, a Washington corporation, SHINE QUARRY LLC, a Washington corporation, MICHAEL DIONNE, an individual; and GREG WASHINGTON, an individual,<br><br>     Defendants. | NO. 2:18-cv-00238-RAJ<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO AMEND COMPLAINT AND AMEND THE JOINT STATUS REPORT AND DISCOVERY PLAN |

This matter comes before the Court on Plaintiff's Motion For Leave to Amend Complaint and Amend Joint Status Report and Discovery Plan. Dkt. # 41. Defendants have not filed an objection to the motion. In light of Defendants' lack of opposition and the standards outlined in Federal Rule of Civil Procedure 15(a)(2), the Court **GRANTS** Plaintiff's motion. Plaintiff shall file the Amended Complaint within ten (10) days of the

filing of this Order. Additionally, Plaintiff shall file the Amended Joint Status Report within ten (10) days of the filing of this Order.

DATED this 13th day of August, 2018

The Honorable Richard A. Jones
United States District Judge

THADDEUS P. MARTIN
ATTORNEY AT LAW.
7121 27TH STREET W.
UNIVERSITY PLACE, WA 98466
(253) 682-3420